BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Petitioner,<br><br>    v.<br><br>SHAWN A. MILLS,<br><br>         Respondent. | 1:10-cv-00442-OWW-GSA<br><br>**ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>Date:  April 30, 2010<br>Time:  9:30 a.m.<br>Ctrm:  10 |

Upon review of Petitioner United States of America's Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition,

IT IS HEREBY ORDERED that Respondent SHAWN A. MILLS ("Respondent") appear before United States Magistrate Judge Gary S. Austin, in Courtroom 10, in the United States Courthouse, 2500 Tulare Street, in Fresno, California, 93721, on **Friday, April 30, 2010, at 9:30 a.m.** to show cause why he should not be compelled to obey the Internal Revenue Service summons served on April 30, 2009, and attached to the United States' Verified Petition to Enforce Internal Revenue Service Summons.

1

///

///

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition, shall be served upon Respondent on or before **April 2, 2010**, unless such service cannot be made despite reasonable efforts.  If Petitioner is unable to serve Respondent despite making reasonable efforts to do so, the documents may be served by any other means of service permitted by Federal Rules of Civil Procedure 4(e) or Petitioner may request a court order granting leave to serve by other means. *See* Fed. R. Civ. P. 81(a)(5).

IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate declaration(s), as well as any motions the Respondent desires to make.  The United States may file a reply.   All motions and issues raised by the Respondent will be considered on the return date of this Order, and any uncontested allegations in the Verified Petition to Enforce Internal Revenue Service Summons will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.

IT IS HEREBY FURTHER ORDERED that if the summons is ordered to be enforced, the Court shall retain jurisdiction to enforce its order by its contempt power.

IT IS SO ORDERED.

Dated: **March 18, 2010**         /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2