BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>SHAWN A. MILLS,<br><br>    Respondent. | 1:10-cv-00442-OWW-GSA<br><br>**PETITIONER'S NOTICE OF COMPLIANCE AND REQUEST TO TAKE ORDER TO SHOW CAUSE OFF CALENDAR; ORDER THEREON**<br><br>Date: Friday, April 30, 2010<br>Time: 9:30 a.m.<br>Ctrm: #10, 6th Floor<br>(Honorable Gary S. Austin) |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in Petitioner's view, Respondent has sufficiently complied with the summons at issue in the above-captioned tax summons enforcement proceeding.

///
///
///
///
///
///
///
///

PETITIONER'S NOTICE OF COMPLIANCE AND REQUEST TO TAKE ORDER TO SHOW CAUSE OFF CALENDAR;
ORDER THEREON

Accordingly, Petitioner United States of America requests that the Court close the case and take off calendar the Order to Show Cause hearing set for April 30, 2010 at 9:30 a.m., before Honorable Gary S. Austin.

Respectfully submitted,

Dated: April 28, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   \s\ Glen F. Dorgan
GLEN F. DORGAN
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

## **ORDER**

IT IS HEREBY ORDERED that the Order to Show Cause hearing set for April 30, 2010, at 9:30 a.m., before Magistrate Judge Gary S. Austin be **VACATED** and the Clerk of the Court is **DIRECTED** to close this case in its entirety.

IT IS SO ORDERED.

**Dated:   April 28, 2010**              /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE